# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 9, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144707(91)(92)

WALLY YOOST,
        Plaintiff-Counter-Defendant,

v

PATRICIA E. CASPARI and ELLEN
FRANKLE, Personal Representative of
the ESTATE of LAWRENCE I. FRANKLE,
        Defendants,
and

IRWIN C. ZALCBERG,
        Defendant-Counter
        Plaintiff-Appellant,

v

HANK ASHER, a/k/a HENRY ASHER,
        Counter-Defendant-Appellee.
_____

SC:   144707
CoA:  294299
Berrien CC: 2008-000135-CZ

On order of the Chief Justice, motions for temporary admission to practice of Matthew J. Piers, Juliet Berger-White, Christopher J. Wilmes, and Brian Murray are considered and they are granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 9, 2012

_____
Clerk